No. 04-02-00618-CV



In re STEVEN HEFLIN ARCHITECT/BUILDER, INC.


Original Mandamus Proceeding


Arising from the 150th District Court, Bexar County, Texas 


Trial Court No. 2001-CI-17588

Honorable Janet P. Littlejohn, Judge Presiding (1)





PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice 


Delivered and Filed: September 18, 2002


PETITION FOR WRIT OF MANDAMUS DENIED


 On September 4, 2002, relator filed a petition for writ of mandamus. This court has determined
that relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App. P.
52.8(a).

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH
1. Relator complains about the Honorable Martha Tanner who presided over the hearing on relator's motion to compel
arbitration and signed the order at issue; however, the proper respondent is the Honorable Janet P. Littlejohn (permanent judge
of the 150th District Court). See In re Acevedo, 956 S.W.2d 770, 770 n.1 (Tex. App.--San Antonio 1997, orig. proceeding).